# EXHIBIT A



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Apr 30, 2021

**Server Name:** John Jones

| | |
|---|---|
| Entity Served | Walmart |
| Agent Name | |
| Case Number | ESX-L-3202-21 |
| Jurisdiction | NJ |



**BENJAMIN M. DEL VENTO**
A PROFESSIONAL ASSOCIATION
70 South Orange Avenue, Suite 150
Livingston, New Jersey 07039
(973) 758-1801
Attorneys for Plaintiff

| | |
|---|---|
| **PLAINTIFF(S)** | : SUPERIOR COURT OF NEW JERSEY |
| MARY CARSWELL | : LAW DIVISION ESSEX COUNTY |
| vs. | : DOCKET NO: ESX-L-3202-21 |
| | : *Civil Action* |
| **DEFENDANT(S)** | |
| WAL-MART STORES, INC., WAL-MART STORES EAST, INC. and JOHN DOE, A to Z, individually, jointly and/or severally | |

## SUMMONS

From the State of New Jersey, To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) A $175.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

**DATED: 4/22/21**

/s/MICHELLE M. SMITH
**MICHELLE M. SMITH**
Clerk of the Superior Court

Name of Defendant to be Served: WAL-MART STORES, INC.
Address of the Defendant to be Served: c/o The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

Filing Attorney's Name: Benjamin M. Del Vento, Jr.
ID. No.: 034281994
**BENJAMIN M. DEL VENTO**
A PROFESSIONAL ASSOCIATION
70 South Orange Avenue, Suite 150
Livingston, N.J. 07039
(973) 758-1801
Attorneys for Plaintiff: MARY CARSWELL

| | |
|---|---|
| **PLAINTIFF** | : SUPERIOR COURT OF NEW JERSEY |
| MARY CARSWELL | : LAW DIVISION - ESSEX COUNTY |
| vs. | : DOCKET NO.: |
| **DEFENDANTS** | : *Civil Action* |
| WAL-MART STORES, INC., WAL-MART STORES EAST, INC., and JOHN DOE A to Z, individually, jointly and/or severally, | : |

### COMPLAINT AND JURY DEMAND

MARY CARSWELL, residing at 236 Broad Street, City of Newark, County of Essex and State of New Jersey complaining of the defendants herein says:

### FIRST COUNT

1. On or about May 21, 2019, the plaintiff, MARY CARSWELL, was lawfully on premises known by and as 250 Harrison Avenue, Town of Kearny, County of Hudson and State of New Jersey.

2. On or about May 21, 2019, the defendants, WAL-MART STORES, INC., WAL-MART STORES EAST, INC., and JOHN DOE, A to Z, individually, jointly and/or

severally, were the owners, occupiers and/or were responsible for premises known by and as 250 Harrison Avenue, Town of Kearny, County of Hudson and State of New Jersey.

3. Defendants, JOHN DOE, A to Z, individually, jointly and/or severally, represents any owner, occupier, possessor, maintainer, or maintenance company which may at the time of the accident been the owner, occupier, or otherwise maintained the aforementioned premises.

4. At the aforementioned time, defendants, WAL-MART STORES, INC., WAL-MART STORES EAST, INC., and JOHN DOE, A to Z, individually, jointly and/or severally, so negligently owned, operated, possessed and/or maintained those premises so as to cause the plaintiff, MARY CARSWELL, who was lawfully on such property to fall.

5. As a result of the negligence of the defendants, WAL-MART STORES, INC., WAL-MART STORES EAST, INC., and JOHN DOE, A to Z, individually, jointly and/or severally, the plaintiff, MARY CARSWELL, was seriously and permanently injured, suffered and in the future will be caused to suffer great pain, and anguish, did and in the future will be required to expend diverse sums of money for treatment and cure and did and will in the future be prevented from attending to the plaintiff's needs.

WHEREFORE, the plaintiff, MARY CARSWELL demands judgment against the defendants, WAL-MART STORES, INC., WAL-MART STORES EAST, INC., and JOHN DOE, A to Z, individually, jointly and/or severally, besides legal interest and costs

of suit.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demand a trial by a jury of six (6) persons as to all issues so triable.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, BENJAMIN M. DEL VENTO, JR., is designated trial attorney in this matter.

## CERTIFICATION PURSUANT TO R. 4:5-1

The undersigned certifies that the within matter in controversy is not the subject of any other action pending in any court nor of a pending arbitration proceeding. It is further certified that no arbitration proceeding is contemplated at this time.

LAW OFFICES OF
BENJAMIN M. DEL VENTO, P.A.

BY: _____
BENJAMIN M. DEL VENTO, JR.

DATED: 4.20.2021

# Civil Case Information Statement

### Case Details: ESSEX | Civil Part Docket# L-003202-21

**Case Caption:** CARSWELL MARY VS WAL-MART STORES, INC
**Case Initiation Date:** 04/21/2021
**Attorney Name:** BENJAMIN M DEL VENTO
**Firm Name:** BENJAMIN M. DEL VENTO, PA
**Address:** 70 SOUTH ORANGE AVENUE SUITE 150 LIVINGSTON NJ 07039
**Phone:** 9737581801
**Name of Party:** PLAINTIFF : CARSWELL, MARY
**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: MARY CARSWELL?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:


Do you or your client need any disability accommodations? NO
   If yes, please identify the requested accommodation:


Will an interpreter be needed? NO
   If yes, for what language:


Please check off each applicable category: Putative Class Action? NO  Title 59? NO  Consumer Fraud? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

04/21/2021
Dated

/s/ BENJAMIN M DEL VENTO
Signed

```
ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK           NJ 07102
                                        TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (973) 776-9300
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:    APRIL 21, 2021
                        RE:      CARSWELL MARY  VS WAL-MART STORES, INC
                        DOCKET:  ESX L -003202 21

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

    DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON LISA M. ADUBATO

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    001
AT:  (973) 776-9300 EXT 57395.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:
                                        ATT: BENJAMIN M. DEL VENTO
                                        BENJAMIN M. DEL VENTO, PA
                                        70 SOUTH ORANGE AVENUE
                                        SUITE 150
                                        LIVINGSTON       NJ 07039

ECOURTS
```